# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR18-0238-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| TY LEE TREDDENBARGER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to continue sentencing hearing (Dkt. No. 35). Finding good cause, the motion is GRANTED. The current sentencing hearing scheduled for March 12, 2019 is hereby VACATED, and continued to May 21, 2019 at 10:00 a.m.

DATED this 4th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk