THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0238-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TY LEE TREDDENBARGER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to strike a victim impact letter regarding sentencing (Dkt. No. 49). That motion is DENIED for the reasons stated by the Court at the sentencing hearing held on June 11, 2019.

DATED this 11th day of June 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR18-0238-JCC
PAGE - 1